1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Defendant Mr. Romero-Aguirre
7
8                         UNITED STATES DISTRICT COURT
9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )    Case No. 08mj0436
                                     )
12            Plaintiff,             )
                                     )
13 v.                                )
                                     )    **NOTICE OF APPEARANCE**
14 **COSME ADRIAN ROMERO-AGUIRRE**,  )
                                     )
15            Defendant.             )
                                     )
16
17            Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19 above-captioned case.
20                                        Respectfully submitted,
21 Dated: February 20, 2008              s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
22                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
23                                        michelle_betancourt@fd.org
24
25
26
27
28