1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Romero-Aguirre

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    Case No. 08mj0436
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )    PROOF OF SERVICE
                                      )
14 **COSME ADRIAN ROMERO-AGUIRRE,**)
                                      )
15              Defendant.            )
                                      )
16 _____)

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         United States Attorney
           efile.dkt.gc2@usdoj.gov
21

22 Dated: February 20, 2008                       s/ Michelle Betancourt
                                          _____
23                                        MICHELLE BETANCOURT
                                          Federal Defenders
24                                        225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
25                                        (619) 234-8467 (tel)
                                          (619) 687-2666 (fax)
26                                        e-mail: michelle_betancourt@fd.org

27

28